Entered on Docket April 28, 2020

**Below is the Judgment of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**



The Honorable Marc L. Barreca
Chapter 11

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br>TIMOTHY DONALD EYMAN,<br><br>Debtor. | CASE NO. 18-14536-MLB |
| STATE OF WASHINGTON,<br>Plaintiff,<br>vs.<br>TIMOTHY DONALD EYMAN,<br>Defendant. | ADVERSARY NO. 19-01059-MLB<br><br>ORDER OF NON-DISCHARGEABILITY OF DEBT |

Debtor and Defendant Timothy Donald Eyman, by and through his undersigned attorney, and the State of Washington, through Attorney General Robert W. Ferguson, by the undersigned Assistant Attorney General, having agreed to this Order of Non-Dischargeability; and the Court having reviewed the same, as well as the records on file herein; and finding that the Debtor's confirmed Fourth Amended Chapter 11 Plan of Reorganization, Dated April 4, 2020 [ECF Docket

ORDER OF NON-DISCHARGEABILITY OF DEBT

1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – FAX (206) 587-5150

Case 19-01059-MLB    Doc 11    Filed 04/28/20    Ent. 04/28/20 11:01:27    Pg. 1 of 2

No. 270] provides for payment in full of Timothy Donald Eyman's debt to the State of Washington in the amount of $40,533.53;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Pursuant to 11 U.S.C. §§523(a)(2), (4), and (7), Timothy Donald Eyman's debt to the State of Washington in the amount of $40,533.53 is not dischargeable in bankruptcy.

2. The Stipulation as to Non-Dischargeability of Debt and this Order as to Non-Dischargeability of Debt in *State v. Tougher to Raise Taxes, et al.* (Thurston County Superior Court case no. 16-2-03891-34) of $40,533.53 is approved and the debt shall be paid pursuant to the terms of the confirmed Chapter 11 Plan of Reorganization.

3. This Order of Non-Dischargeability of Debt is a final resolution of this adversary action.

///End of Order///

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/ Susan Edison
_____
SUSAN EDISON, WSBA #18293
*Assistant Attorney General*
DINA YUNKER FRANK, WSBA #16889
*Assistant Attorney General*
ERIC S. NEWMAN, WSBA #31521
*Chief Litigation Counsel, Antitrust Division*
Attorneys for Plaintiff, State of Washington

Approved for entry via electronic mail and Notice of Presentation waived:

/s/ Larry B. Feinstein
_____
LARRY B. FEINSTEIN, WSBA #6074
Attorney for Defendant, Timothy D. Eyman

ORDER OF NON-DISCHARGEABILITY OF DEBT — 2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
Phone: (206) 389-2187 – FAX (206) 587-5150

Case 19-01059-MLB    Doc 11    Filed 04/28/20    Ent. 04/28/20 11:01:27    Pg. 2 of 2